No. 02–946. BOARD OF EDUCATION OF THE PAWLING CENTRAL SCHOOL DISTRICT *v.* SCHUTZ ET AL. C. A. 2d Cir. Motion of New York State School Boards Association et al. for leave to file a brief as *amici curiae* granted. Certiorari denied. 

No. 02–947. UNITED AIRLINES, INC., ET AL. *v.* HOSAKA, INDIVIDUALLY AND ON BEHALF OF THE ESTATE AND HEIRS OF HOSAKA, ET AL. C. A. 9th Cir. Motion of Air Transport Association of America, Inc., for leave to file a brief as *amicus curiae* granted. Certiorari denied. 

No. 02–961. PASCHAL ET UX. *v.* FLAGSTAR BANK, FSB (two judgments). C. A. 6th Cir. Motion of Fair Housing Center of Metropolitan Detroit for leave to file a brief as *amicus curiae* granted. Certiorari denied. 

No. 02–7809. BRIDGEWATER *v.* LOUISIANA. Sup. Ct. La. Certiorari denied. JUSTICE SOUTER and JUSTICE BREYER would grant certiorari. 

No. 02–8101. JONES *v.* PITCHER, WARDEN. C. A. 6th Cir. Motion of petitioner to defer consideration of petition for writ of certiorari denied. Certiorari denied. 